Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 449-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
EULOGIO ZARCO VILLASENOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:08 CR 00358 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| EULOGIO ZARCO VILLASENOR, et al. | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties herein that the sentencing hearing presently set for Monday, December 14, 2009 at 9:00 a.m. should be continued to January 4, 2010 at 9:00 a.m. for good cause.  Good cause is stipulated to in that the defendant's counsel will be unavailable for the currently set date due to a trial conflict, a needed debriefing has not yet been conducted, and the government does not object to said continuance. Both parties feel this continuance serves the interests of justice.


Dated: December 9, 2009.           /s/ Gary Huss
                                   Gary Huss, Attorney for Defendant
                                   EULOGIO ZARCO VILLASENOR


Dated:  December 9, 2009.          /s/ Laurel J. Montoya
                                   Laurel J. Montoya, Assistant U.S. Attorney

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

**<u>ORDER</u>**

GOOD CAUSE appearing and upon stipulation of the parties and their counsel, the status conference of the defendant, EULOGIO ZARCO VILLASENOR, is continued to January 4, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **December 15, 2009**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING